■ TWAINA C. WATKINS, Appellant, v CITY OF UTICA, Respondent. [635 NYS2d 562] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Tenney, J. (Appeal from Order of Supreme Court, Oneida County, Tenney, J.—Summary Judgment.) Present—Green, J. P., Pine, Fallon, Callahan and Doerr, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS K. DeSALVO, Appellant. [635 NYS2d 562] —Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). Memorandum: Defendant's sentence must be consecutive (see, Penal Law § 70.25 [2-a]). (Appeal from Judgment of Genesee County Court, Morton, J.—Attempted Burglary, 3rd Degree.) Present—Lawton, J. P., Wesley, Balio, Davis and Boehm, JJ.